[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1214

 STANLEY R. GREEN,

 Plaintiff, Appellant,

 v.

 UNITED STATES OF AMERICA,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Robert E. Keeton, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Stahl and Lynch, Circuit Judges. 

 

Stanley R. Green on brief pro se. 
Donald K. Stern, United States Attorney, and George B. Henderson, 
II, Assistant United States Attorney, on Motion for Summary 
Disposition, for appellee.

 

 June 9, 1997
 

 Per Curiam. We carefully have reviewed the record 

and the briefs of the parties. We therefore summarily affirm 

the judgment of the district court for essentially the

reasons stated in its Memorandum and Order, dated December

30, 1996. See Local Rule 27.1. 

 -2-